U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **FILED**

RICHARD CHARTS                                      KC

                                                    JAN 0 4 2008    JAN 0 4 2008

v.                                                  MICHAEL W. DOBBINS
                                                    CLERK, U.S. DISTRICT COURT
ABBOTT LABORATORIES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD CHARTS

**08CV75
JUDGE LEFKOW
MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
| --- |
| Michael Young |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Michael Young |

| FIRM |
| --- |
| Lisa Kane & Associates, P.C. |

| STREET ADDRESS |
| --- |
| 120 South LaSalle Street, Suite 1420 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06291111 | 312-606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐