IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CHARTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 75 |
| | ) | |
| ABBOTT LABORATORIES, | ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Lisa R. Kane
      Carlie S. Friedman
      Darren A. Bodner
      Janice A. Wegner
      Michael S. Young
      Lisa Kane & Associates
      Suite 1420
      120 S. LaSalle Street
      Chicago, Illinois  60603

       PLEASE TAKE NOTICE that on January 29, 2008 we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Abbott Laboratories' Answer to Complaint and Affirmative Defenses**, a copy of which is hereby served upon you.

Dated:  January 29, 2008

                                      Respectfully submitted,

                                      ABBOTT LABORATORIES

                                      By   /s/ Priya M. Bhatia
                                            One of Its Attorneys

David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 29, 2008, she caused a copy of **Abbott Laboratories' Answer to Complaint and Affirmative Defenses** to be served via the Court's ECF/electronic mailing system upon the following:

> Lisa R. Kane
> Carlie S. Friedman
> Darren A. Bodner
> Janice A. Wegner
> Michael S. Young
> Lisa Kane & Associates
> Suite 1420
> 120 S. LaSalle Street
> Chicago, Illinois 60603

/s/ Priya M. Bhatia
Priya M. Bhatia