IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD CHARTS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 CV 75 |
| ABBOTT LABORATORIES, | ) Judge Joan H. Lefkow |
| | ) Magistrate Judge Cole |
| Defendant. | ) |

## ABBOTT LABORATORIES' LOCAL RULE 3.2 DISCLOSURE

Defendant, Abbott Laboratories, by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Abbott Laboratories is an independent, publicly held company (NYSE: ABT) that has no parent corporations, and no publicly held company owns 10% or more of Abbott Laboratories' stock.

Dated: January 29, 2008

                                                           Respectfully submitted,

                                                           ABBOTT LABORATORIES

                                                           By     /s/ Priya M. Bhatia
                                                                   One of Its Attorneys

David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 29, 2008, she caused a copy of **Abbott Laboratories' Local Rule 3.2 Disclosure** to be served via the Court's ECF/electronic mailing system upon the following:

> Lisa R. Kane
> Carlie S. Friedman
> Darren A. Bodner
> Janice A. Wegner
> Michael S. Young
> Lisa Kane & Associates
> Suite 1420
> 120 S. LaSalle Street
> Chicago, Illinois  60603

/s/ Priya M. Bhatia
Priya M. Bhatia