Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 75 | **DATE** | 2/25/2008 |
| **CASE TITLE** | Charts vs. Abbott Laboratories | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 3/30/2008. Non-expert discovery will close on 5/15/2008. Cut-off date for designation of plaintiff's trial expert(s) is 3/30/2008; for defendant's trial expert(s) is 4/30/2008. Any dispositive motion(s) to be filed by 6/15/2008. Trial scheduling dates will be set at a later time.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|