IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD CHARTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 08 C 75 |
| ) | |
| ABBOTT LABORATORIES, ) | Hon. Joan Humphrey Lefkow |
| ) | Judge Presiding |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

### SCHEDULING ORDER

The parties, having held a scheduling conference, attended by LISA KANE for Plaintiff, and DAVID E. MORRISON for Defendant, as required by Fed. R. Civ. P. 26(f) submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference will not likely result in the disposition of the case.

(B) The parties shall have until February 29, 2008, to make Rule 26(a)(1) Disclosures.

(C) The following amendments to the pleadings and/or joinder of additional parties are anticipated and will be made upon appropriate motion by March 30, 2008. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on May 15, 2008.

(E) The cut-off date for designation of plaintiff's trial expert as provided in Fed. R. Civ. P. 26(a)(2) is March 30, 2008; of defendant's trial expert is April 30, 2008. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close

1

of discovery, whichever is earlier. If no motion is filed, the court will deem objections waived.

### Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be held on _5-8-08_ at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (motions for summary judgment shall be presented with a proposed agreed briefing schedule by June 15, 2008.

### Consent to Proceed Before a Magistrate Judge

The parties do not unanimously consent to proceed before a magistrate judge.

### Trial, Pretrial Conference, Pretrial Order

(A) The case shall ~~be ready~~ *be set* for jury trial ~~in September, 2008~~ *at a later time* and the trial is likely to take three to four trial days.

(B) A joint final pretrial order will be filed on _____.
Plaintiff's draft shall be served on defendant by _____ and
Defendant's draft shall be served on plaintiff by _____.

(C) Motions in limine, and responses thereto, shall be presented with the joint final pretrial order. (No reply briefs will be accepted on motions in limine.) Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set on _____.

This order shall not be modified except by leave of court for good cause shown.

ENTER:

*Joan H. Lefkow*
JOAN HUMPHREY LEFKOW
U.S. District Judge

Date: _2-25-08_