## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Richard Charts
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00075
                                           Honorable Joan H. Lefkow

Abbott Laboratories
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/8/2008 and continued to 5/15/2008 at 09:30 AM. Parties are to exchange settlement demand letters and engage in a good faith discussion on the possibility of settlement and report to the Court on 5/15/2008 as to the results of that discussion.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.