
## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 75 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Richard Charts vs. Abbott Laboratories | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. This case is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. Status hearing set on 7/24/2008 is stricken. Terminating case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 10 PM 7:58
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|