

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CHARTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 75 |
| | ) | |
| ABBOTT LABORATORIES, | ) | Judge Lefkow |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

### AGREED ORDER OF DISMISSAL

This cause coming to be heard on the parties' Stipulation For Voluntary Dismissal With Prejudice, the parties having reached a settlement in the above-captioned case and the Court being advised in the premises,

IT IS HEREBY ORDERED:

This case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

ENTERED:

_____
The Honorable Joan Humphrey Lefkow

July 9. 2008

169815lv1 7/8/2008 1:56:00 PM

4651.036

AGREED:

| RICHARD CHARTS | ABBOTT LABORATORIES |
|---|---|
| By _____ | By _____ |
| One of His Attorneys | One of Its Attorneys |

Lisa Kane  
Lisa Kane & Associates  
Suite 1420  
120 S. LaSalle Street  
Chicago, IL 60603

David E. Morrison  
GOLDBERG KOHN BELL BLACK  
 ROSENBLOOM & MORITZ, LTD.  
55 East Monroe Street  
Suite 3300  
Chicago, Illinois 60603